```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                Case No. 05-cr-236-01-PB

**Shawn Hill**


**O R D E R**

     The defendant has moved to continue the January 4, 2006 trial in the above case, citing the need for additional time for further plea negotiations.  The government does not object to a continuance of the trial date.

     Accordingly, in order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from January 4, 2006 to March 7, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.


                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

December 27, 2006

cc:   Terry Ollila, Esq.
      Michael Iacopino, Esq.
      United States Probation
      United States Marshal