**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                                    Case No. 05-cr-236-01-PB

<u>Shawn Hill</u>

**<u>O R D E R</u>**

     The defendant has moved to continue the March 7, 2006 trial in the above case, citing the need for additional time to finalize plea negotiations.  The government does not object to a continuance of the trial date.

     Accordingly, in order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from March 7, 2006 to May 2, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

```
     The court will hold a final pretrial conference on April 20,

2006 at 4:45 p.m.

     SO ORDERED.


                                   /s/Paul Barbadoro
                                   Paul Barbadoro
                                   United States District Judge

February 28, 2006

cc:  Terry Ollila, Esq.
     Michael Iacopino, Esq.
     United States Probation
     United States Marshal
```