**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                      Case No. 05-cr-236-01-PB

**Shawn Hill**

## O R D E R

The defendant has moved to continue the May 2, 2006 trial in the above case, citing the need for additional time to finalize a plea agreement and schedule a plea hearing with the court.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to finalize a plea or properly prepare for trial, the court will continue the trial from May 2, 2006 to June 6, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 27, 2006

cc:  Michael Iacopino, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal